Jeffrey G. Maxwell, ABA #1705026
Turner, Stoeve & Gagliardi, P.S.
201 W. North River Drive, Suite 190
Spokane, WA 99201
(509)326-1552
jeffreym@tsglaw.net

Counsel for Plaintiffs
Operating Engineers Trust Funds

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND; LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT FUND; and ALASKA OPERATING ENGINEERS-EMPLOYERS TRAINING TRUST FUND,<br><br>          Plaintiffs,<br>   v.<br><br>JP MORGAN ENTERPRISES, LLC, an Alaska limited liability company; and JUSTIN PADGETT, an individual,<br><br>          Defendants. | Case No. 3:26-cv-00002 |

**COMPLAINT FOR MONETARY DAMAGES AND FOR ENTRY OF JUDGMENT UPON CONFESSION**

COMPLAINT FOR MONETARY DAMAGES AND FOR ENTRY OF JUDGMENT UPON CONFESSION – 1
3:26-cv-00002

TURNER, STOEVE & GAGLIARDI, P.S.
201 W. North River Dr., Ste. 190
Spokane, WA 99201(509) 326-1552

Case 3:26-cv-00002-HRH   Document 1   Filed 01/05/26   Page 1 of 10

## I. PARTIES

1.1 Plaintiff Locals 302 and 612 of the International Union of Operating Engineers Construction Industry Health and Security Fund (the Health Trust) is a Taft-Hartley trust fund established to provide one or more employee welfare benefit plans covering hospitalization and medical/surgical care for the participating employees on whose behalf contributions have been paid. Health Trust maintains its principal office in Seattle, Washington.

1.2 Plaintiff Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Fund (the Retirement Trust) is a Taft-Hartley trust fund established to provide one or more employee pension benefit plans for the participating employees on whose behalf contributions have been paid and their beneficiaries. The Retirement Trust maintains its principal office in Seattle, Washington.

1.3 Plaintiff Alaska Operating Engineers-Employers Training Trust Fund (the Training Trust) is a Taft-Hartley trust fund established to create and administer one or more apprenticeship and training plans and for charitable, educational, and scientific purposes for the participating employees on whose behalf contributions have been paid. The Training Trust maintains its principal offices in both Anchorage, Alaska and Seattle, Washington.

1.4 The Plaintiffs are referred to collectively as the Operating Engineers Trust Funds.

1.5 Defendant JP Morgan Enterprises, LLC (JP Morgan) is an Alaska limited liability company, Entity #10079466, with its principal place of business in North Pole, Fairbanks-North Star Borough, Alaska. At all relevant times, JP Morgan conducted business within this District.

1.6 Defendant Justin Padgett is an individual believed to be residing in North Pole, Alaska. Upon information and belief, Mr. Padgett is one of the owners of Defendant JP Morgan.

COMPLAINT FOR MONETARY DAMAGES AND FOR ENTRY OF JUDGMENT UPON CONFESSION – 2
3:26-cv-00002

TURNER, STOEVE & GAGLIARDI, P.S.
201 W. North River Dr., Ste. 190
Spokane, WA 99201(509) 326-1552

Case 3:26-cv-00002-HRH    Document 1    Filed 01/05/26    Page 2 of 10

## II. JURISDICTION AND VENUE

2.1     This Court has exclusive jurisdiction pursuant to §502(e)(1) of the Employee Retirement Income Security Act of 1974 ("ERISA"), codified at 29 U.S.C. §1132(e)(1). This Court has supplemental jurisdiction over the Operating Engineers Trust Funds' contract claim pursuant to 28 U.S.C. §1367.

2.2     Venue in this Court is proper pursuant to §502(e)(2) ERISA, codified at 29 U.S.C. §1132(e)(2).

## III. FACTS

3.1     On May 1, 2021, Justin Padgett, on behalf of JP Morgan, executed the *Statewide Sand and Gravel Agreement* with Local 302 of the International Union of Operating Engineers (the Union).

3.2     In addition, between May 1, 2021 and May 30, 2023, Justin Padgett, again on behalf of JP Morgan, executed at least four Project Compliance Agreements with the Union): (i) the FBKS Interconnect Project Compliance Agreement, effective July 12, 2021; (ii) the Miscellaneous Anchorage 2022 Summer Work Project Compliance Agreement, effective May 1, 2022; (iii) the CR Guard Rail Kink River Road Project Compliance Agreement, effective May 19, 2023; and (iv) the South Job Project Compliance Agreement, effective May 19, 2023. The FBKS Interconnect and Anchorage Summer Work Project Compliance Agreements bound JP Morgan to the *Alaska Construction Agreement* between the Associated General Contractors of Alaska, Inc. and the Union, effective April 1, 2020 through December 31, 2022. The Knik River Road and South Job Project Compliance Agreements bound JP Morgan to the successor *Alaska Construction Agreement*, effective April 1, 2023 through December 31, 2025.

COMPLAINT FOR MONETARY DAMAGES AND FOR ENTRY OF JUDGMENT UPON CONFESSION – 3
3:26-cv-00002

TURNER, STOEVE & GAGLIARDI, P.S.
201 W. North River Dr., Ste. 190
Spokane, WA 99201(509) 326-1552

Case 3:26-cv-00002-HRH     Document 1     Filed 01/05/26     Page 3 of 10

3.3     Both the Sand and Gravel Agreement and the Alaska Construction Agreement contain evergreen clauses, which renews the term year-to-year unless: (i) the bargaining parties enter into a successor agreement; or (ii) the agreement is terminated by one or both of the signatory parties.

3.4     The current version of the Alaska Construction Agreement is the *2023 – 2025, International Union of Operating Engineers Locals 302 Alaska Construction Agreement*, effective April 1, 2023.

3.5     By signing the Sand and Gravel Agreement and the Project Compliance Agreements, JP Morgan agreed to report and pay fringe benefit contributions to Operating Engineers Trust Funds and be bound by the terms and conditions of their respective trust agreements.

3.6     The Operating Engineers Trust Funds are intended beneficiaries under the terms of the Sand and Gravel Agreement and the Alaska Construction Agreement.

3.7     By executing the Sand and Gravel Agreement and the Project Compliance Agreements, as discussed above, JP Morgan agreed to the terms of the following Trust Agreements: (i) the Revised Trust Agreement of Locals 302 and 612 of the International Union of Operating Engineers Construction Industry Health and Security Fund; (ii) the Revised Trust Agreement of Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Fund; and (iii) the Alaska Operating Engineers-Employers Training Trust.

3.8     JP Morgan's obligations to report and contribute to the Health Trust are set forth in Article II, Sections 8 – 10 and Article IV Sections 4 – 6 of the *Revised Trust Agreement of Locals 302 & 612 of the International Union of Operating Engineers Construction Industry Health and*

COMPLAINT FOR MONETARY DAMAGES AND FOR ENTRY OF JUDGMENT UPON CONFESSION – 4
3:26-cv-00002

TURNER, STOEVE & GAGLIARDI, P.S.
201 W. North River Dr., Ste. 190
Spokane, WA  99201(509) 326-1552

Case 3:26-cv-00002-HRH     Document 1     Filed 01/05/26     Page 4 of 10

*Security Fund*, dated October 1, 1993, and as amended. Under the Health Trust, JP Morgan agreed to, among other things:

- Submit monthly reports, and pay all contributions owed, on or before the 15th day of the month following the month in which the contributions are payable;

- Provide information, data, reports, or other documents reasonably relevant to and suitable for purposes of administration of the trust, including submitting to audits, as requested by the trust fund;

- Pay liquidated damages at the greater either of twelve percent (12%) of the delinquent contributions, or $50.00;

- Pay interest of twelve percent (12%) per annum on all delinquent contributions; and

- Pay the trust fund's attorney fees, costs of collection, and auditor's fees.

3.9    JP Morgan's obligations under the Retirement Trust are set forth in Article II, Sections 8 – 9 and Article IV, Sections 4 – 6 of the *Revised Trust Agreement of Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Fund*, dated August 4, 1993, and as amended. Under the Retirement Trust, JP Morgan agreed to, among other things:

- Submit monthly reports, and pay all contributions owed, on or before the 15th day of the month following the month in which the contributions are payable;

- Provide information, data, reports, or other documents reasonably relevant to and suitable for purposes of administration of the trust, including submitting to audits, as requested by the trust fund;

- Pay liquidated damages at the greater either of twelve percent (12%) of the delinquent contributions, or $50.00;

- Pay interest of twelve percent (12%) per annum on all delinquent contributions; and

- Pay the trust fund's attorney fees, costs of collection, and auditor's fees.

COMPLAINT FOR MONETARY DAMAGES AND FOR ENTRY OF JUDGMENT UPON CONFESSION – 5
3:26-cv-00002

TURNER, STOEVE & GAGLIARDI, P.S.
201 W. North River Dr., Ste. 190
Spokane, WA  99201 (509) 326-1552

Case 3:26-cv-00002-HRH    Document 1    Filed 01/05/26    Page 5 of 10

3.10     JP Morgan's obligations under the Training Trust are set forth in Article II, Sections 8-9 of the *Revised Agreement and Declaration of the Trust of Alaska Operating Engineers-Employers Training Trust Fund*, effective January 12, 1993, and as amended. Under the Training Trust, JP Morgan agreed to, among other things:

- Submit monthly reports, and pay all contributions owed, on or before the 15th day of the month following the month in which the contributions are payable;

- Provide information, data, reports, or other documents reasonably relevant to and suitable for purposes of administration of the trust, including submitting to audits, as requested by the trust fund;

- Pay liquidated damages at the greater either of twelve percent (12%) of the delinquent contributions, or $25.00;

- Pay interest of twelve percent (12%) per annum on all delinquent contributions; and

- Pay the trust fund's attorney fees, costs of collection, and auditor's fees.

3.11     Upon information and belief, following execution of the Sand and Gravel Agreement and the Project Compliance Agreements, JP Morgan used employees to perform covered work subject to the scope of the agreements. However, JP Morgan did not provide complete payment of the fringe benefit contributions reported on its monthly remittance reports. JP Morgan failed to timely and completely submit all monthly reports as required.

3.12     JP Morgan provided unfunded remittance reports for the months of August 2021 through October 2021; and from June 2022 through October 2022 (the Settlement Delinquency Period).

3.13     JP Morgan did provide some payment towards the amounts owed in the Settlement Delinquency Period. However, JP Morgan did not pay the reported contributions in full. Because

COMPLAINT FOR MONETARY DAMAGES AND FOR ENTRY OF JUDGMENT UPON CONFESSION – 6
3:26-cv-00002

TURNER, STOEVE & GAGLIARDI, P.S.
201 W. North River Dr., Ste. 190
Spokane, WA  99201(509) 326-1552

Case 3:26-cv-00002-HRH     Document 1     Filed 01/05/26     Page 6 of 10

JP Morgan remained delinquent with its fringe benefit contributions payments, this matter was referred to counsel.

3.14    Following the referral to counsel, JP Morgan subsequently entered into a *Settlement and Release Agreement* (the Settlement Agreement) on August 7, 2023.  Under the Settlement Agreement, JP Morgan was to pay the delinquent sums owed totaling $153,475.71, plus interest at a rate of 12% through escalating monthly payments for 12 months. The first 5 monthly payments were to be $4,000 per month, then were to escalate to $7,000 per month, for the remaining 7 months, followed by a balloon payment for the balance due. As part of the Settlement Agreement, JP Morgan agreed to remain current with all monthly remittance obligations owed to Operating Engineers Trust Funds. JP Morgan's owner, Justin Padgett, personally guaranteed the amounts owed under the Settlement Agreement.  In addition, JP Morgan executed a confession of judgment to secure its obligation to the Operating Engineers Trust Funds.

3.15    JP Morgan failed to make its December 2023 payment.  On or about January 9, 2024, Mr. Padgett was notified of JP Morgan's default under the Settlement Agreement and opportunity to cure.  Neither JP Morgan nor Mr. Padgett cured their default.  However, discussions with JP Morgan and Mr. Padgett continued.  On or about June 16, 2024, Mr. Padgett committed to making $1,000 payments per month.  No additional payments were forthcoming.

3.16    As of the date of this Complaint, and under the Settlement Agreement, JP Morgan owes the Operating Engineers Trust Funds $189,032.94, consisting of $107,707.40 in fringe benefit contributions under ERISA, plus $13,901.78 in liquidated damages, and $61,719.96 in accrued prejudgment interest, plus additional amounts for attorney fees and costs of collection.

COMPLAINT FOR MONETARY DAMAGES AND FOR ENTRY OF JUDGMENT UPON CONFESSION – 7
3:26-cv-00002

TURNER, STOEVE & GAGLIARDI, P.S.
201 W. North River Dr., Ste. 190
Spokane, WA  99201(509) 326-1552

Case 3:26-cv-00002-HRH    Document 1    Filed 01/05/26    Page 7 of 10

## IV. CAUSES OF ACTION

### First Cause of Action
### (Breach of Labor Agreement/Trust Agreement)

4.1     The Operating Engineers Trust Funds reallege each and every allegation contained in ¶¶3.1 – 3.16, above.

4.2     JP Morgan's failure to properly report and pay fringe benefit contributions constitutes breaches of the terms of the Sand and Gravel Agreement and the Alaska Construction Agreement between the Union and JP Morgan, to which the Operating Engineers Trust Funds are beneficiaries.  JP Morgan's failure to fully pay the fringe benefit contributions it reported also constitutes breaches of the Trust Agreements, the terms of which JP Morgan agreed to when it signed the Sand and Gravel Agreement, and the various compliance agreements which made JP Morgan signatory to the Alaska Construction Agreement.

4.3     As a result of JP Morgan's breach, the Operating Engineers Trust Funds have been damaged in an amount to be proven at trial, but not less than $189,032.94, representing delinquent fringe benefit contributions for the months of August 2021 through October 2022, and from June 2022 through October 2022, plus ancillary charges including liquidated damages, prejudgment interest, attorney fees, and costs of collection.

### Second Cause of Action
### (Violation of ERISA)

4.4     The Operating Engineers Trust Funds reallege each and every allegation contained in ¶¶3.1 – 3.16, above.

4.5     JP Morgan's failure to report and pay fringe benefit contributions constitutes a violation of §503(a)(3), §515 ERISA, codified at 29 U.S.C. §1132(a)(3), §1145.

COMPLAINT FOR MONETARY DAMAGES AND FOR ENTRY OF JUDGMENT UPON CONFESSION – 8
3:26-cv-00002

TURNER, STOEVE & GAGLIARDI, P.S.
201 W. North River Dr., Ste. 190
Spokane, WA  99201(509) 326-1552

Case 3:26-cv-00002-HRH    Document 1    Filed 01/05/26    Page 8 of 10

4.6     As a result of JP Morgan's violation, the Operating Engineers Trust Funds have been damaged in an amount to be proven at trial, but not less than $189,032.94, representing delinquent fringe benefit contributions for the months of August 2021 through October 2022, and from June 2022 through October 2022, plus ancillary charges including liquidated damages, prejudgment interest, attorney fees, and costs of collection.

### Third Cause of Action
### (Enforcement of Personal Guaranty)

4.7     The Operating Engineers Trust Funds reallege each and every allegation contained in ¶¶3.1 – 3.16, above.

4.8     Mr. Padgett's failure to pay the amounts owed by JP Morgan is a breach of his personal guaranty, as set forth in the Settlement Agreement. As a result of Mr. Padgett's failure to honor his personal guaranty, the Operating Engineers Trust Funds have been damaged in an amount to be proven at trial, but not less than $189,032.94, representing delinquent fringe benefit contributions for the months of August 2021 through October 2022, and from June 2022 through October 2022, plus ancillary charges including liquidated damages, prejudgment interest, attorney fees, and costs of collection.

### V. REQUESTED RELIEF

The Operating Engineers Trust Funds respectfully request the Court grant the following relief:

A.     Judgment in favor of the Operating Engineers Trust Funds against JP Morgan, in an amount to be determined at trial, for the period August 2021 through October 2021; and the June 2022 through October 2022, consisting of:

   1)     $107,707.40 in fringe benefit contributions;

   2)     $13,901.78 in liquidated damages; and

COMPLAINT FOR MONETARY DAMAGES AND FOR ENTRY OF JUDGMENT UPON CONFESSION – 9
3:26-cv-00002

TURNER, STOEVE & GAGLIARDI, P.S.
201 W. North River Dr., Ste. 190
Spokane, WA  99201(509) 326-1552

Case 3:26-cv-00002-HRH     Document 1     Filed 01/05/26     Page 9 of 10

  3) $61,719.96 in accrued prejudgment interest through the date of the Complaint.

B. Judgment (joint and several) in favor of the Operating Engineers Trust Funds against Justin Padgett, individually, for his personal guaranty of all amounts owed by JP Morgan under the Settlement Agreement;

C. An award of additional, pre-judgment accrued interest on the unpaid and delinquent fringe benefit contributions, from the date of the Complaint through the date of entry of judgment;

D. An award of attorney fees, plus costs of collection, as authorized by the labor and trust agreements to which JP Morgan is a party, and as authorized under ERISA;

E. An award of post-judgment interest at the 12% rate specified by the applicable trust agreements, and as authorized under ERISA; and

F. Any other such relief under federal law or as is just and equitable.

Dated: January 5, 2026.  s/ Jeffrey G. Maxwell
              Jeffrey G. Maxwell, ABA #1705026
              Turner, Stoeve & Gagliardi, P.S.
              201 W. North River Drive, Suite 190
              Spokane, WA 99201
              (509)326-1552
              jeffreym@tsglaw.net

              Counsel for Plaintiffs
              Operating Engineers Trust Funds

COMPLAINT FOR MONETARY DAMAGES AND FOR ENTRY OF JUDGMENT UPON CONFESSION – 10
3:26-cv-00002

TURNER, STOEVE & GAGLIARDI, P.S.
201 W. North River Dr., Ste. 190
Spokane, WA 99201(509) 326-1552

Case 3:26-cv-00002-HRH Document 1 Filed 01/05/26 Page 10 of 10